# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY B. NEVEL & LINDA K. NEVEL  
3724 PLEASANT VALLEY BLVD.  
ROCKFORD, IL  61114  

SSN-xxx-xx-1913 & xxx-xx-9292

Case Number: 06-71684

Case filed on: 9/15/2006  
Plan Confirmed on: 1/5/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $11,405.14          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 018 | KATHRYN A, KLEIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY B. NEVEL | 0.00 | 0.00 | 530.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 530.84 | 0.00 |
| 001 | COLONIAL SAVINGS | 4,729.10 | 1,956.29 | 1,956.29 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 12,637.24 | 12,637.24 | 5,992.25 | 0.00 |
|  | Total Secured | 17,366.34 | 14,593.53 | 7,948.54 | 0.00 |
| 002 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | RECOVERY MANAGEMENT SYSTEMS CORP | 2,289.25 | 2,289.25 | 0.00 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BARBARA J. NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BASS & ASSOCIATES PC | 931.79 | 931.79 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 5,746.95 | 5,746.95 | 0.00 | 0.00 |
| 010 | COMED CO | 545.08 | 545.08 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,500.28 | 3,500.28 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 2,187.07 | 2,187.07 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 3,983.68 | 3,983.68 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 5,427.81 | 5,427.81 | 0.00 | 0.00 |
|  | Total Unsecured | 24,611.91 | 24,611.91 | 0.00 | 0.00 |
|  | Grand Total: | 44,178.25 | 41,405.44 | 10,679.38 | 0.00 |

Total Paid Claimant:     $10,679.38  
Trustee Allowance:        $725.76  
Percent Paid Unsecured:      0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan